UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GERMAINE MONTES,

          -v-                         1:21-CV-303

CONNOR O'SHEA *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                        OF COUNSEL:

Germaine Montes
Plaintiff, Pro Se
20343
Albany County Correctional Facility
840 Albany Shaker Road
Albany, NY 12211

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

Pro se plaintiff Germaine Montes ("plaintiff") filed this action alleging civil rights violations in connection with his arrest and prosecution for possession of a firearm in violation of state law.

On April 6, 2021, U.S. Magistrate Judge Andrew T. Baxter granted plaintiff's motion for leave to proceed *in forma pauperis* for the purpose of filing. Dkt. No. 5. Judge Baxter also advised by Report & Recommendation that plaintiff's complaint be dismissed with prejudice as to certain defendants

and without prejudice to refiling as to others. Dkt. No. 5. Plaintiff has filed objections to the Report & Recommendation. Dkt. No. 6.

Upon *de novo* review of the portions to which plaintiff has objected, the Report & Recommendation is accepted and adopted in all respects. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ADOPTED.

IT IS SO ORDERED.

Dated: May 4, 2021
      Utica, New York.

David N. Hurd
U.S. District Judge